| | |
|---|---|
| Case No. **2:18-cv-00412-AG (MAA)** | Date: **October 23, 2018** |
| Title **Marco Damian v. E. Breen, *et al.*** | |

Present: The Honorable: **MARIA A. AUDERO, U.S. Magistrate Judge**

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why the Court Should Not Vacate the Order Denying Defendants' Motion to Dismiss the Complaint (ECF No. 13)**

On September 7, 2018, Plaintiff Marco Damian ("Plaintiff") filed: (1) a Motion for Leave to Amend the Complaint ("Motion for Leave," ECF No. 19); and (2) an Opposition ("Opposition," ECF No. 18) to Defendants Dr. E. Breen's and Dr. L. Sprague's ("Defendants") Motion to Dismiss the Complaint ("Motion to Dismiss," ECF No. 13).

On September 19, 2018, the Court issued an Order denying Plaintiff's Motion for Leave and Defendants' Motion to Dismiss. ("Order," ECF No. 20.) The Court also ordered Plaintiff to refile the Motion for Leave, attaching the proposed First Amended Complaint, no later than fourteen (14) days after the date of the Order. (*Id.*) To date, Plaintiff has not refiled the Motion for Leave with attached proposed First Amended Complaint. Therefore, the original Complaint (ECF No. 1) remains Plaintiff's operative pleading for this lawsuit.

The Court **ORDERS** the following:

(1)     Plaintiff is **ORDERED TO SHOW CAUSE** by **November 13, 2018** why the Court should not vacate the Order denying Defendants' Motion to Dismiss (ECF No. 20).

(2)     If Plaintiff refiles the Motion for Leave, attaching the proposed First Amended Complaint, on or before **November 13, 2018**, this Order to Show Cause will be discharged. If so, then Defendants must file and serve an Opposition to the refiled Motion for Leave, or Notice of Non-Opposition, no later than **seven (7) days** after

        service of the refiled Motion for Leave.  Failure to respond to the refiled Motion for Leave may be construed as consent to the granting of the Motion.  C.D. Cal. L.R. 7-12.

(3)    If Plaintiff does not respond to this Order to Show Cause by **November 13, 2018**, then the Court will vacate the Order denying Defendants' Motion to Dismiss (ECF No. 20).  As Plaintiff already has filed an Opposition to the Motion to Dismiss (ECF No. 18), Defendants may file and serve an optional Reply no later than **November 27, 2018**.  Defendants' Motion to Dismiss will stand submitted for decision upon receipt of the Reply or upon expiration of Defendants' time to file the Reply.

It is so ordered.

                                            **Initials of Preparer**    cw