1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO DAMIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. BREEN et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00412-MWF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 31), the briefs and documents filed in support of and in opposition to Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies ("Motion for Summary Judgment," ECF No. 82), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 87).  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that:

　　　　1.　　The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and

2. Defendants' Motion for Summary Judgment is DENIED.

DATED: December 21, 2020

                                      MICHAEL W. FITZGERALD
                                      UNITED STATES DISTRICT JUDGE